**CUI PING CHEN, AKA Annie Duong**

v.

**SESSIONS, A078 853 842**

**Shao Lan Huang**

v.

**Sessions, A095 758 711**

**11-723**
**13-3615**

United States Court of Appeals,
Second Circuit.

August 9, 2017

John Chang, Esq., The Law Offices of John Chang, New York, NY, for Petitioner

Margaret Kuehne Taylor, Attorney, Ali M.I. Manuchehry, Trial Attorney, OIL, Anthony Cardozo Payne, United States Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent

PRESENT: JON O. NEWMAN, DENNIS JACOBS, PIERRE N. LEVAL, Circuit Judges.

## SUMMARY ORDER

These petitions challenge decisions of the BIA that affirmed decisions of Immigration Judges ("IJ") denying asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). The applicable standards of review are well established. *See* 8 U.S.C. § 1252(b)(4)(B); *see also Jian Hui Shao v. Mukasey*, 546 F.3d 138, 157-58 (2d Cir. 2008).

Petitioners, both natives and citizens of China, applied for asylum, withholding of removal, and CAT relief based on claims that they fear persecution because they have violated China's population control program with the birth of their children in the United States. For largely the same reasons as this Court set forth in *Jian Hui Shao*, we find no error in the agency's determination that Petitioners failed to demonstrate their eligibility for relief. *See* 546 F.3d at 158-68; *see also Paul v. Gonzales*, 444 F.3d 148, 156-57 (2d Cir. 2006).

For the foregoing reasons, the petitions for review are DENIED. As we have completed our review, any stays of removal that the Court previously granted in these petitions are VACATED, and any pending stay motions in these petitions are DISMISSED as moot. Any pending requests for oral argument in these petitions are DENIED in accordance with Federal Rule of Appellate Procedure 34(a)(2), and Second Circuit Local Rule 34.1(b).